FILED
AUG 10 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR1540-DMS |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| ELVIS JONATHAN SALAS, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled case be dismissed without prejudice as to Defendant ELVIS JONATHAN SALAS.

IT IS SO ORDERED.

DATED: __8-7__, 2020.

_____
Honorable Dana M. Sabraw
United States District Judge